IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | C.A. NO. 2:12-cv-00773-MHS-CMC |
| | § | |
| | § | |
| DELI MANAGEMENT, INC. D/B/A | § | **JURY** |
| JASON'S DELI | § | |
| | § | |
| *Defendant.* | § | |

## DEFENDANT DELI MANAGEMENT, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Deli Management, Inc. hereby states that it has no corporate parent, and there is no publicly held corporation that owns 10% or more of its stock.

DATED:  February 4, 2013       Respectfully submitted,

By:   /s/ *J. Thad Heartfield*
   J. Thad Heartfield
   Texas Bar No. 09346800
   E-mail: thad@jth-law.com
   M. Dru Montgomery
   Texas Bar No. 24010800
   E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789


COUNSEL FOR DEFENDANT,
DELI MANAGEMENT, INC.
d/b/a JASON'S DELI

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th  day of February, 2013.  Any other counsel of record will be served by first class mail.


            /s/ *J. Thad Heartfield*
            J. Thad Heartfield